UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**BILLY SMITH**                                   **CASE NO. 2:19-CV-01111**

**VERSUS**                                         **JUDGE JAMES D. CAIN, JR.**

**CHINA MANUFACTURERS ALLIANCE L    MAGISTRATE JUDGE LEBLANC
L C ET AL**

## MEMORANDUM ORDER

Before the court is a Motion to Reconsider [doc. 262] filed by plaintiffs, relating to the court's ruling [doc. 237] adopting the magistrate judge's Report and Recommendation [doc. 184]. Both *Madden v. Fairburn*, 409 So.3d 747 (La. 2025)[1], and *Giroir v. South Louisiana Medical Center, Division of Hospitals*, 475 So.2d 1040 (La. 1985) are inapplicable for the reasons set forth in the magistrate judge's well-considered opinion, which this court has already adopted. Namely, the *Giroir* test does not consider the addition of a wholly new species of claims. Plaintiffs' belated amendment sought not just to change their legal capacity but also to bring new claims unrelated to those pending in the survival action. Accordingly, the Motion to Reconsider [doc. 262] is hereby **DENIED**.

**THUS DONE AND SIGNED** in Chambers on the 24th day of July, 2025.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**

---

[1] The court's original ruling adopting the Report and Recommendation misstated that *Madden* involved new defendants. The amended complaint in *Madden* involved a new driver, covered by the same UM policy, but the claims were otherwise identical to those set forth against the first driver.